UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOYLE MIMS and
ESTES WALKER,

    Plaintiffs,

v.

P.C. SIMON, et al.,

    Defendants.
_____/

Case No. 1:22-cv-323

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed by Plaintiffs Doyle Mims and Estes Walker pursuant to 42 U.S.C. § 1983.  Plaintiff Mims filed a motion for preliminary injunction.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on August 8, 2022, recommending that this Court deny the motion and sever the claims of Plaintiff Walker from this case.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 23) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Preliminary Injunction (ECF No. 21) is DENIED.

**IT IS FURTHER ORDERED** that the Clerk of Court shall sever the claims of the two Plaintiffs as follows:  Plaintiff Mims may proceed under the existing case number; the Clerk shall

open a new case for Plaintiff Walker's claims; and the pleadings filed in the instant case to date shall appear in the docket of each case.

Dated:  September 13, 2022                               /s/  Paul L. Maloney          
                                                                         Paul L. Maloney
                                                                         United States District Judge