UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOYLE MIMS, #838715, )
                  Plaintiff, )
                               )    No. 1:22-cv-323
-v- )
                               )    Honorable Paul L. Maloney
P.C. SIMON, *et al.*, )
                  Defendants. )
                                         )

## JUDGMENT

The Court has dismissed Plaintiff's claims for failure to properly exhaust his administrative remedies. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

     **THIS ACTION IS TERMINATED.**

     **IT IS SO ORDERED.**

Date:   November 3, 2022                                            /s/ Paul L. Maloney
                                                                           Paul L. Maloney
                                                                   United States District Judge